DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERICAN AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2422

[October 19, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 13-008420-CF10A.

Herican Austin, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIK, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***